# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** UGSOA Int'l. Union, et al.

v.

United States Marshals Service, et al.

**Case No:** 12-5306

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)    ( ) Appellee(s)/Respondent(s)    ( ) Intervenor(s)    ( ) Amicus Curiae

See Attached

Names of Parties                                  Names of Parties

### Counsel Information

**Lead Counsel:** Leslie Deak

**Direct Phone:** (703) 338-3394  **Fax:** (512) 373-3240  **Email:** deaklaw@comcast.net

**2nd Counsel:** John A. Tucker

**Direct Phone:** (330) 935-2530  **Fax:** (330) 935-2540  **Email:** jatucker@jatuckerlaw.com

**3rd Counsel:**

**Direct Phone:** (   )    -    **Fax:** (   )    -    **Email:**

**Firm Name:** Law Offices of Leslie Deak, 1200 G St, NW, Suite 800, #8099, Wash., DC 20005

**Firm Address:** John A. Tucker Co., LPA, 11367 Lair Rd, NE, Alliance, OH 44601

**Firm Phone:** (   )    -    **Fax:** (   )    -    **Email:**

**Notes:** This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

IN THE UNITED STATES COURT OF APPEAL
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, *et al.* ) ) ) ) ) | |
| Appellants, ) ) | Appeal No. 12-5306 |
| v. ) ) | |
| UNITED STATES MARSHALS SERVICE ) ) | |
| Appellees. ) ) | |

## ATTACHMENT TO ENTRY OF APPEARANCE

Attorneys Leslie Deak and John Tucker hereby enter their appearance in the above-captioned appeal on behalf of the following Appellants:

(1) Donald Allen from Fairbanks, Alaska; (2) David Arriola from Westminster, Colorado; (3) Ann Barkley from Hyattesville, Maryland; (4) Thomas Branigan from Philadelphia, Pennsylvania; (5) the Estate of Vernon Broad from Kaneoe, Hawaii, (6) Frank Browder from Baton Rouge, Louisiana; (7) John Brown from Coopersburg, Pennsylvania; (8) Clarence Bynum from Upper Marlboro, Maryland; (9) Michael Campbell from Marfa, Texas; (10) Peter Churchill from Wauwatosa, Wisconsin; (11) Byron Glenn Dahlen from Marietta, Georgia; (12) James Dolnack from Oviedo, Florida; (13) Donald Durham from Wilmington, North Carolina; (14) Herman Edwards from Atlanta, Georgia; (15) the Estate of Philip Elder from Long Beach, California; (16) George Ellenberger from Milwaukee, Wisconsin; (17) Gary Erickson from St. Paul, Minnesota; (18) the Estate of Ruben Gonzales from Pecos, Texas; (19) Darrell Guillory from Alexandria, Louisiana; (20) William Guthrie from Gardnerville, Nevada; (21) Duane

Halvorson from Great Falls, Montana; (22) John Hansen from Juneau, Alaska; (23) Jeffrey Howard from Farmville, Virginia; (24) Frank Hruza from Las Vegas, Nevada; (25) Robert Hubbard from Gladys, Virginia; (26) Donald Johnson from Rockford, Illinios; (27) Lawrence Karnes from Hanover Township, Pennsylvania; (28) Don E. Kemp from Winnsboro, Louisiana; (29) the Estate of James Kimbrel from Golden, Colorado; (30) William Lambright from Bossier City, Louisiana; (31) James Lane from Kansas City, Missouri;(32) Chester McKune from Modesto, California; (33) Wayne Mize from Morristown, Tennessee; (34) Jack Morehead from Oxnard, California; (35) Keith Morris from Odessa, Texas; (36) Dallas Murphy from Lawrence, Kansas; (37) the Estate of Byron Neal from Maryland; (38) Glenn Padgett from New Albany, Indiana; (39) Miller Pearson from St. Louis, Missouri; (40) James Ralph from Chicago, Illinois; (41) Robert Rarick from Zachary, Louisiana; (42) Willie Rich from Bossier City, Louisiana; (43) Harvey Robideaux from West Monroe, Louisiana; (44) Felipe Jorge-Rodriguez from Bayamon, Puerto Rico; (45) Thomas Roy from Las Vegas, Nevada; (46) the Estate of John Scott from Allen Texas; (47) Richard Schaber from Spokane, Washington; (48) Rhys Sirjane from Baton Rouge, Louisiana; (49) Ernestine Starkey from Lanham, Maryland; (50) Fred Thatcher from Orangevale, California; and (51) Roberto Torrez from El Paso, Texas.

Respectfully Submitted,

/s/ *Leslie Deak*
_____
Leslie Deak
Law Offices of Leslie Deak
1200 G Street, N.W.
Suite 800, No. 099
Washington, D.C.  20005

Tel.: (703) 338-3394
Fax: (512) 373-3240
E-mail: deaklaw@comcast.net

_____   /s/ *John A. Tucker*

John A. Tucker Co., L.P.A.
John A. Tucker (OH. S.Ct. #0052055)
11367 Lair Road, NE
Alliance, Ohio 44601
Tel.: (330) 935-2530
Fax: (330) 935-2540
E-mail: jatucker@jatuckerlaw.com

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on the following parties via electronic mail on this date, the 2nd of November, 2012.

Marleigh D. Dover
Stephanie Robin Marcus
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, DC 20530
Stephanie.marcus@usdoj.gov

Michelle E. Shivers
Littler Mendelson
3344 Peachtree Road, N.E.
Suite 1500
Atlanta, GA  30326
mshivers@littler.com

Jason M. Branciforte
Katherine A. Goetzl
Littler Mendelson
1150 17th Street, N.W.
Suite 900
Washington, D.C.  20005
jbranciforte@littler.com
kgoetzl@littler.com

/s/ Leslie Deak
_____
Leslie Deak, Esq. [PA0009]