# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 12-5306**                                   **September Term, 2012**

                                                  **1:02-cv-01484-GK**

                                                  Filed On: June 25, 2013 [1443088]

Ann J. Barkley, et al.,

       Appellants

       v.

United States Marshals Service, by and through Director John Clark and any successor, et al.,

       Appellees

## O R D E R

      Upon consideration of appellants' unopposed motion for extension of time to file its brief, it is

      **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | August 9, 2013 |
| Appendix | August 9, 2013 |
| Federal Appellees' Brief | October 9, 2013 |
| Private Appellees' Brief | October 9, 2013 |
| Appellants' Reply Brief | October 23, 2013 |

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY:   /s/
               Michael C. McGrail
               Deputy Clerk