# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-5306**　　　　　　　　　　　　　　September Term, 2012

1:02-cv-01484-GK

Filed On: August 14, 2013 [1451595]

Ann J. Barkley, et al.,

    Appellants

    v.

United States Marshals Service, by and through Director John Clark and any successor, et al.,

    Appellees

**O R D E R**

    It is **ORDERED,** on the court's own motion, that the briefing schedule established by the court's order filed June 25, 2013, be suspended pending further order of the court.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                               BY:    /s/
                                               Cheri W. Carter
                                             Deputy Clerk